U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

NOV 10 2016

TONY R. MOORE, CLERK
BY_____
    DEPUTY

# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL MAIORANA, ET AL. | MISC. CASE NO. 16-mc-36 |
| | RELATED CASE 14-cv-1296 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Russell Maiorana, as Administrator of the Estate of James Maiorana, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 9th day of November, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE